Opinion issued September 16, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00612-CV

———————————

In
re timothy casper, Relator



 



 

 

Original Proceeding on Petition for Writ of Mandamus

 



 



 

 

MEMORANDUM OPINION

          Relator, Timothy Casper, has filed a petition
for writ of mandamus challenging the trial court’s orders denying his motion to
strike pleadings and his request to obtain the transcript of the trial court’s
interview with the children.[1]  

          We deny
relator’s petition for writ of mandamus. 


 

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Massengale.











[1]           The
respondent is The Honorable Carolyn M. Johnson, Presiding Judge of the 247th
District Court, Harris County, Texas. 
The underlying suit is Preston v.
Casper, No. 1998-02388 (247th Dist. Ct., Harris County, Tex.).